IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL SOFTWARE RESOURCES INC., | No. C 06-03054 CRB |
| Plaintiffs, | **ORDER OF RECUSAL** |
| v. | |
| AKHIL JHAVERI, | |
| Defendants. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: May 17, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE