NAOMI RUSTOMJEE (State Bar # 142088)
JULIA D. GREER (State Bar # 200479)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
Email: ef-nxr@cpdb.com, ef-jdg@cpdb.com

Attorneys for Plaintiff
GLOBAL SOFTWARE RESOURCES, INC.,
a California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL SOFTWARE RESOURCES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AKHIL JHAVERI, an individual,<br><br>Defendant. | Case No. CV 06-03054 VRW<br><br>**STIPULATION AND [*PROPOSED*] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Scheduled Hearing Date/Time: 8/24/06; 2 p.m.<br><br>*Requested Continuance of Hearing*<br>　　　　　Date/Time: 10/5/06; 2 p.m.<br><br>Judge: Hon. Chief Judge Vaughn R. Walker<br>Dept.: Courtroom 6, 17th Floor |

Pursuant to Civil Local Rule 7-12, Plaintiff Global Software Resources, Inc. ("Plaintiff") and Defendant Akhil Jhaveri ("Defendant"), by and through their undersigned counsel, submit the following Stipulation and *[Proposed]* Order To Continue Hearing on Motion to Dismiss First Amended Complaint:

WHEREAS, on or about May 26, 2006, Defendant filed a Notice of Motion and Motion to Dismiss First Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted Under F.R.C.P. 12(b)(6) ("Motion to Dismiss"), originally scheduled for hearing before this Court on July 27, 2006, which hearing date and was subsequently continued, by agreement of the parties, to the currently scheduled date of August 24, 2006;

///

08705.012.429690v2

1  WHEREAS, Plaintiff and Defendant are, and intend to remain, diligently engaged in
2  settlement negotiations that both parties believe, in good faith, should resolve their dispute in its
3  entirety;

4  WHEREAS, Plaintiff and Defendant expect that a reasonable continuance of the hearing
5  on the Motion to Dismiss (and a corresponding extension of time for the preparation and filing of
6  their respective briefing papers) while they conclude their settlement negotiations and, in the
7  event of a prospective settlement, their preparation of the settlement documentation, will avoid
8  any needless expenditure of time and other resources by the parties and the Court;

9  WHEREAS, the parties have not, either separately or jointly, previously requested the
10 Court to order a continuance of the hearing on the Motion to Dismiss, and, furthermore, do not
11 now seek said order for delay or any other improper purpose.

12 **THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

13 1. The hearing on the Motion to Dismiss should be continued by the Court from
14 2:00 p.m. on August 24, 2006 *to 2:00 p.m. on October 5, 2006*;

15 2. Plaintiff's Opposition to the Motion to Dismiss should be filed and served on or
16 before September 14, 2006; and

17 3. Defendant's Reply to the Motion to Dismiss should be filed and served on or
18 before September 28, 2006.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

08705.012.429690v2

2     CV 06-03054 VRW
**STIPULATION AND [*PROPOSED*] ORDER TO CONTINUE HEARING ON
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

1   **IT IS SO STIPULATED.**

Dated: July 18, 2006                    COBLENTZ, PATCH, DUFFY & BASS, LLP

                                        By:  */s/ Naomi Rustomjee*
                                             NAOMI RUSTOMJEE
                                             Attorneys for Plaintiff
                                             GLOBAL SOFTWARE RESOURCES, INC.

Dated: July ____, 2006                  LAW OFFICES OF JOHN P. LEWIS, JR.

                                        By:  _____
                                             JOHN P. LEWIS, JR.
                                             Attorneys for Defendant
                                             AKHIL JHAVERI

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July ____, 2006                  _____
                                        HONORABLE CHIEF JUDGE
                                        VAUGHN R. WALKER
                                        United States District Court

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663

08705.012.429690v2

IT IS SO STIPULATED.

Dated: July ____, 2006                COBLENTZ, PATCH, DUFFY & BASS, LLP


By: _____
    NAOMI RUSTOMJEE
    Attorneys for Plaintiff
    GLOBAL SOFTWARE RESOURCES, INC.


Dated: July 18, 2006                  LAW OFFICES OF JOHN P. LEWIS, JR.


By: /s/ John P. Lewis Jr.
    JOHN P. LEWIS, JR.
    Attorneys for Defendant
    AKHIL JHAVERI

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 21, 2006

_____
HON. VAUGHN R. WALKER
United States District Judge

*IT IS SO ORDERED — Judge Vaughn R Walker — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

3

CV 06-03054 VRW

**STIPULATION AND [*PROPOSED*] ORDER TO CONTINUE HEARING ON
MOTION TO DISMISS FIRST AMENDED COMPLAINT**